# Court of Appeals
# of the State of Georgia

ATLANTA,  April 04, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0051. MOE'S FRANCHISOR SPV LLC et al. v. TAYLOR INVESTMENT PARTNERS II, LLC et al.**

**A24E0056.  TAYLOR INVESTMENT PARTNERS II, LLC et al. v. MOE'S FRANCHISOR SPV LLC et al.**

On March 8, 2024, the superior court denied Taylor Investment Partners II, LLC, TIP II - Ansley, LLC, and TIP II - Suburban, LLC (collectively, "TIP's") motion for a temporary restraining order and interlocutory injunction. On March 20, 2024, the superior court granted TIP's motion for supersedeas or injunction pending TIP's appeal of the superior court's March 8 order. Thereafter, Moe's Franchisor SPV LLC, Moe's Franchisor LLC, and GoTo Foods LLC (collectively, "Moe's") filed an emergency motion in this Court seeking a stay of the superior's court March 20 order. We granted Moe's emergency motion and stayed the superior court's March 20 order pending the completion of the appeal or further order of this Court. See Case No. A24E0051 (granted March 26, 2024).

TIP has filed the instant emergency motion seeking a stay of the superior court's March 8, 2024 order or for this Court to lift its stay of the superior court's March 20, 2024 order. Under Court of Appeals Rule 40 (b), we may issue emergency orders to "preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot." Our power to issue emergency orders "shall be exercised sparingly." Court of Appeals Rule 40 (b). After consideration of the instant motion and with the added benefit of the exhibits presented, TIP's emergency motion in Case

No. A24E0056 is hereby GRANTED.[1] We hereby lift the stay previously imposed on the Superior Court's order of March 20, 2024.[2]



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 04/04/2024

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] The emergency motion in Case No. A24E0051, which was reinstated on April 4, 2024, is hereby DENIED. TIP's motion for reconsideration in Case No. A24E0051 is hereby DISMISSED AS MOOT.

[2] We note that both parties have filed notices of appeal — TIP's appeal is from the superior court's March 8 order and Moe's is appealing from the superior court's March 20 order — which have yet to be docketed in this Court, but will provide us with the benefit of the full record. We further note that the trial court has the discretion to suspend, modify, restore, or grant an injunction during the pendency of an appeal. See OCGA § 9-11-62 (c).